FILED '08 SEP 09 16:43 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERYK MYKL MILLER,

        Petitioner,        Civil No. 08-665-TC

        v.                 ORDER

J.E. THOMAS,

        Respondent.

COFFIN, Magistrate Judge.

    Full consent by all parties to jurisdiction by a United States Magistrate Judge was entered on July 7, 2008. Accordingly, the Findings and Recommendation (#12) entered September 4, 2008, is hereby withdrawn and the following order is entered.

    Petitioner, a federal inmate currently housed at the Federal Correctional Institution ("FCI") at Sheridan, Oregon,

1 - ORDER

filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, alleging his due process rights were violated in connection with a inmate disciplinary proceeding.

The relevant facts are that petitioner was sanctioned with the loss of 27 days of good conduct time after Disciplinary Officer (DHO) D. Cortez found that petitioner committed the prohibited act of Making, Possessing, or Using Intoxicants.

The single claim raised in this proceeding is that the BOP violated petitioner's due process rights by failing to provide a certified officer to preside over petitioner's disciplinary proceeding,

Respondent moves to deny petitioner's petition and dismiss this proceeding on the ground that DHO was a certified hearings officer at the time of petitioner's disciplinary hearing.

It is not necessary to review the <u>Wolff v. McDonnell</u> constitutional due process requirements of a prison disciplinary hearing because petitioner does not claim that he was denied any of those rights. Petitioner challenges only the qualifications of the DHO that presided over the hearing.

The BOP provides a certified DHO to conduct

2 - ORDER

administrative fact-finding hearings for misconduct. <u>See</u>, 28 C.F.R. § 541.16. DHO Cortez presided over Petitioner's July 20, 2007, hearing. Respondent's Answer (#9) Exhibit 3.

Respondent has submitted the Declaration of Robert J. Ballash who is employed by the BOP as the Disciplinary Hearing Administrator at the Western Regional Office. Mr. Ballash declares "under penalty of perjury" that "[o]n July 20, 2007, the date of petitioner's hearing, Mr. Cortez had been fully trained and certified as a DHO and met all qualifications and requirements to act and serve in that capacity." Respondent's Exhibit 4, p. 3. Attached to Mr. Ballash's affidavit is a copy of Mr. Cortez's test results for his Disciplinary Hearings Officer training which indicates that Mr. Cortez passed the DHO certification test on March 2, 2006, with a score of 100%. <u>Id</u>., Attachment 1.

Petitioner speculates, but has no evidence to controvert Mr. Ballash's declaration.

Petitioner's Petition (#1) is denied. This proceeding is dismissed.

DATED this 9 day of September, 2008.

_____
Thomas M. Coffin
United States Magistrate Judge

3 - ORDER